# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

## Airman First Class ANTHONY M. WATTS
### United States Air Force

## ACM S32146 (f rev)

## 24 July 2014

Sentence adjudged 17 April 2013 by SPCM convened at Tinker Air Force Base, Oklahoma.  Military Judge:  Donald R. Eller, Jr. (sitting alone).

Approved Sentence:  Bad-conduct discharge, confinement for 60 days, and reduction to E-1.

Appellate Counsel for the Appellant:  Captain Isaac C. Kennen.

Appellate Counsel for the United States:  Colonel Don M. Christensen; Colonel William R. Youngblood; and Gerald R. Bruce, Esquire.

Before

ALLRED, MITCHELL, and WEBER
Appellate Military Judges

UPON FURTHER REVIEW

This opinion is subject to editorial correction before final release.

PER CURIAM:

This case is before our Court for further review because the original action and court-martial order (CMO) were erroneous.  *United States v. Watts*, ACM S32146 (A.F. Ct. Crim. App. 17 June 2014) (unpub. op.).  This Court returned the case to The Judge Advocate General for remand to the convening authority to withdraw the action and substitute a corrected action and CMO.  On 26 June 2014, the convening authority withdrew the erroneous action in accordance with our decision and issued a corrected action.  A corrected CMO followed.

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c). Accordingly, the findings and sentence are

AFFIRMED.

FOR THE COURT

STEVEN LUCAS
Clerk of the Court

ACM S32146 (f rev)